No. 96–8751.  CHAMBERS v. WILSON ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 96–8778.  SINKS v. SHANKS, WARDEN.  C. A. 10th Cir.
Certiorari denied.

No. 96–8820.  JACKSON v. NEVADA.  Sup. Ct. Nev.  Certiorari
denied.

No. 96–8827.  VINES v. BUCHLER ET AL.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 96–8859.  TAVAKOLI-NOURI v. CLINTON, PRESIDENT OF THE
UNITED STATES, ET AL. (two judgments).  C. A. 3d Cir.  Cer-
tiorari denied.

No. 96–8879.  KEALOHA v. HAWAII.  Sup. Ct. Haw.  Certiorari
denied.

No. 96–8919.  DANCER v. MERIT SYSTEMS PROTECTION BOARD.
C. A. Fed. Cir.  Certiorari denied.

No. 96–8937.  VEATCH v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 96–8940.  SKINNER v. RUNYON, POSTMASTER GENERAL.
C. A. 4th Cir.  Certiorari denied.

No. 96–8948.  VACCARO v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 96–8952.  LEVESQUE v. UNITED STATES.  C. A. 1st Cir.
Certiorari denied.

No. 96–8953.  LANGDON v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 96–8957.  SPEAR v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 96–8960.  MITCHELL v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 96–8962.  OMORI v. UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.